**No. 12-5032**  September Term, 2012
FILED ON: JUNE 18, 2013

JEFFERSON MORLEY,
   APPELLANT

v.

CENTRAL INTELLIGENCE AGENCY,
   APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:03-cv-02545)

Before: KAVANAUGH, *Circuit Judge*, and EDWARDS and WILLIAMS, *Senior Circuit Judges*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby vacated and the case is remanded for the District Court to apply the four-factor standard in a manner consistent with *Davy*, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

        FOR THE COURT:
        Mark J. Langer, Clerk

BY: /s/
   Jennifer M. Clark
   Deputy Clerk

Date: June 18, 2013

Opinion Per Curiam
Concurring opinion filed by Circuit Judge Kavanaugh.